UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | Criminal No. 25-20914 |
| v. | Hon. Matthew F. Leitman |
| D-1 Xu Bai,<br>D-2 Fengfan Zhang,<br>D-3 Zhiyong Zhang, | |
| Defendants. | |

_____/

## **MOTION TO DISMISS INFORMATION**

The United States of America moves this Court for leave to dismiss without prejudice the Information against D-1 Xu Bai, D-2 Fengfan Zhang, and D-3 Zhiyong Zhang, in the above-entitled case for the reason that the ends of justice would best be served by dismissal of this matter.

Respectfully submitted,

**Jerome F. Gorgon Jr.**
United States Attorney

| | |
|---|---|
| s/ Sean L. King | s/With Consent of Jerome F. Gorgon Jr. |
| SEAN L. KING | United States Attorney |
| Assistant United States Attorney | |
| 211 West Fort Street, Suite 2001 | |
| Detroit, MI 48226 | |
| (313) 226-9727 | |
| sean.king@usdoj.gov | |

Dated: February 4, 2026